UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KHALED BILAL HASSAN,

       Defendant.

Case No. 18-cr-20089
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF Nos. 104)

Defendant Khaled Bilal Hassan is a federal prisoner incarcerated at FCI Morgantown in Morgantown, West Virginia. On October 8, 2020, the Court held a video hearing on Hassan's motion for compassionate release. (*See* Mot., ECF No. 104.) For the reasons stated on the record during the hearing, Hassan's motion is **GRANTED.**

The custodial portion of Hassan's sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Hassan shall travel directly by automobile from FCI Morgantown to his home. Hassan and all others with him in the automobile shall wear face masks during the drive. For the first 14 days after Hassan arrives at home, he shall remain inside his house. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room

that is separate and apart from all other residents of the house to the extent possible. And when, during the 14-day quarantine period, it is unavoidable for Hassan to be in a separate room, he shall wear a face mask.  Finally, Hassan shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Hassan's release from custody, he shall immediately begin serving the two years of supervised release that the Court imposed in Hassan's Amended Judgment. (*See* Am. Judgment, ECF No. 98, PageID.746.)  The Court adds as a condition of that supervised release that Hassan shall be subject to home confinement (with electronic monitoring) at his residence for 120 days.  During that period of home confinement, Hassan shall not leave his residence other than for employment or to look for employment, religious services, medical appointments for himself or his children, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer.  (Hassan may not leave his residence at all during the initial 14-day quarantine period.)  In all other respects, Hassan's original sentence remains unchanged.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  October 8, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9761